### 1351. BAILEY *v.* THE STATE.

HILL, C. J. No error of law is complained of, and the verdict is supported by the evidence.                              *Judgment affirmed.*

Indictment for larceny, from McIntosh superior court—Judge Seabrook. July 18, 1908.

Submitted October 8,—Decided October 26, 1908.

*Kenan & Crawford,* for plaintiff in error.

*N. J. Norman, solicitor-general, Edwin A. Cohen,* contra.